UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CHARLES EARL LINDSEY,          )
                                            )
         Petitioner,           )
                                            )
   vs.                          )     Case No.   23-0686-CV-W-FJG-P
                                            )
MERRICK GARLAND,           )
                                            )
         Respondent.      )

## ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

      Petitioner seeks relief pursuant to 28 U.S.C. § 2241, which delineates the authority of federal courts to issue writs of habeas corpus to citizens who are "in custody."   This case must be dismissed for at least two reasons.   First, Petitioner does not satisfy the in-custody requirement. *See* Doc. 1 (petition in which Petitioner claims to be under "unlawful restraint of sexual liberty" at a private residence in Kansas City, Missouri).   Second, Petitioner has failed to state cognizable grounds for habeas corpus relief.   *See id*. at 6 (for example, as his first ground for relief, Petitioner states:   "Self enrichment by the government by USP of the money to repair streets, build detention centers, light rail system . . . Senator Clinton become senate of New York while being an citizen of Arkansas").

      Accordingly, it is **ORDERED** that Petitioner is granted provisional leave to proceed as a pauper, and this case is dismissed summarily for above-stated reasons.

                                       /s/ Fernando J. Gaitan, Jr.
                                       FERNANDO J. GAITAN, JR.
                                       UNITED STATES DISTRICT JUDGE

Dated: September 28, 2023.