# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

CHARLES EARL LINDSEY,

    Petitioner,

v.                                        Case No. 23-0686-CV-W-FJG-P

MERRICK GARLAND,

    Respondent.

- ○   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- x   **DECISION OF THE COURT.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: This case is summarily DISMISSED.

Entered on: <u>September 28, 2023.</u>

                                                        PAIGE WYMORE-WYNN
                                                        CLERK OF COURT

                                                        <u>/s/ K. Willis</u>
                                                        (By) Deputy Clerk